UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13-CR-277(01) |
| VERSUS | * | JUDGE FOOTE |
| ENRIQUE RAMIREZ-RAMIREZ | * | MAG. JUDGE HANNA |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, noting the lack of objections filed thereto, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Enrique Ramirez-Ramirez, and adjudges him guilty of the offense charged in Count One of the Bill of Information against him.

**IT IS FURTHER ORDERED** that this matter will be set for sentencing, at the court's earliest, available setting.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 11th day of December, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE